

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | Hon. Patty Shwartz |
| DONALD BILBY | : | Mag. No. 05- 7110 |

I, Scott Nawrocki, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

SEE ATTACHMENT A

I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHMENT B

Continued on the attached page and made a part hereof.

Scott R. Nawrocki, Special Agent
~~Social Security Administration~~
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me and subscribed in my presence,

August 12, 2005, at Newark, New Jersey

HON. PATTY SHWARTZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

ATTACHMENT A

On or about April 6, 2005 to at least on or about April 7, 2005 in the District of New Jersey and elsewhere, defendant

DONALD BILBY

did knowingly and intentionally engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity will take place that would constitute a violation of chapter 113B, Title 18 United States Code, Section 2332a, that is, the threatened use of a weapon of mass destruction.

In violation of Title 18, United States Code, Sections 1038 and 2.